UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16CR0057-JLS |
| v. | |
| PATRICIA VORCE, | **ORDER AND JUDGMENT** |
| | **DISMISSING INFORMATION** |
| Defendant. | |

Having considered the United States' Motion to Dismiss the Information against defendant Patricia Vorce in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss. Accordingly, the Information against Patricia Vorce is hereby dismissed pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated:  January 22, 2016

Hon. Janis L. Sammartino
United States District Judge